

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-24-2003

# Herman v. Millville

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-2040

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Herman v. Millville" (2003). *2003 Decisions.* Paper 438.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/438

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

NO. 02-2040
_____

DEBBIE A. HERMAN,
<u>Appellant</u>

v.

CITY OF MILLVILLE; CITY OF MILLVILLE POLICE DEPARTMENT;
PATRICIA AIKEN, PATROLMAN; CHRISTOPHER GROFF, PATROLMAN;
MARIA BONILLA; SHERRY TROUT; JILLIAN BONILLA; JOHN DOE,
LAW ENFORCEMENT OFFICERS and/or EMPLOYEES OF THE CITY
OF MILLVILLE (1-100) fictitious names, jointly, severally,
and/or in the alternative

_____

On Appeal From the United States District Court
For the District of New Jersey
(D.C. No. 00-cv-02930)
District Judge: Jerome B. Simandle

_____

Argued February 25, 2003
Before: BECKER[*], <u>Chief Judge</u>, SCIRICA[**], <u>Circuit Judge</u>, and SHADUR[***], <u>District
Judge</u>

(Opinion Filed May 5, 2003)

_____

[*]Judge Becker completed his term as Chief Judge on May 4, 2003.

[**]Judge Scirica succeeded to the position of Chief Judge on May 4, 2003.

[***]Honorable Milton I. Shadur, United States District Judge for the Northern District of
Illinois, sitting by designation.

_____

## ORDER AMENDING OPINION
_____


The caption in the not precedential opinion in this case is amended to correct the spelling of the name of Appellees' counsel.  The correct spelling is Marczyk.

BY THE COURT:

/s/Edward R. Becker

_____
Circuit Judge

Filed:  June 23, 2003